05-285



FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To Whom It May Concern:

My name is Jonathan West and I'm writing you concerning a 1983 form that I filed out on 04-25-05. My reason(s) for writing this letter is to state; I've sented the application to proceed without prepayment of fees and affidavit to the institution's accounting, (PLEASE SEE FORMS THAT WHERE SENTED, BUT FILED OUT BY WRITER WITHIN), nevertheless, this prison has refused to sent said forms back even after this writer filed grievance forms with prison concerning the within matter. The only thing this writer can sent is last statement from prison commissary. Please see within. Any and all help will be appreciated.

Very Truly,

Jonathan West,

SBI: 00226874

(Rev. 4/77)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

FILED
MAY 10 2005

_____
Plaintiff

V.

_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-285

I, _____ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____
    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?    ☐ Yes    ☐ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | | | |
    |---|---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?  ☐ Yes  ☐ No

    If "Yes" state the total amount $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ☐ Yes  ☐ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                            SIGNATURE OF APPLICANT

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $_____ on account his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit:

_____

I further certify that during the past six months the applicant's average monthly balance was $_____

and the average monthly deposits were $_____.

_____    _____
Date                            SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO **OBTAIN AND ATTACH** LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH **PERIOD. LEDGER** SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTH PERIOD


TO:  Mr. Joseph Hudson, Manager            DATE: _____ , _____
     Delaware Correctional Center
     Smyrna, Delaware 19977


FROM:  _____         _____
       Inmate Name  (Please print Name)              SBI#


- I HEREBY CERTIFY -


     Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six month period. Please forward same to me.


     _____
              Signature
(28 U.S.C. 1746 and 18 U.S.C. 1621)