(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JONATHAN WEST
(Enter above the full name of the plaintiff in this action)

V.

Thomas D Donovan
THOMAS D. DONOVAN

FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-285

(Enter above the full name of the defendant(s) in this action

I.   Previous lawsuits

    A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ]    NO [X]

    B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.  Parties to this previous lawsuit

        Plaintiffs _____NONE_____

        Defendants _____NONE_____

2. Court (if federal court, name the district; if state court, name the county) **N/A**

3. Docket number _____

4. Name of judge to whom case was assigned **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II.

A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

C. If your answer is YES,

　1. What steps did you take? **NONE**

　2. What was the result? **NONE**

D. If your answer is NO, explain why not **COMPLAINT IS NOT PRISON RELATED WHERE GRIEVANCE PROCEDURE CAN HELP.**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [X]

F. If your answer is YES,

　1. What steps did you take? **N/A**

　2. What was the result? **N/A**

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  JONATHAN WEST

   Address  D.C.C., 1181 PADDOCK RD., SMYRNA DE 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  THOMAS D. DONOVAN  is employed as

   ATTORNEY  at  424 S. STATE ST. DOVER, DE 19901

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

IN THIS CASE THERE'S ONE DEFENDANT, THOMAS DONOVAN. THERE ARE MANY CLAIMS AND CONSTITUTIONAL RIGHT VIOLATIONS, AGAINST THE DEFENDANT, THOMAS DONOVAN. TO START, THERE'S THE FEDERAL TORT CLAIM WHERE DEFENDANT MISLEAD PLAINTIFF, CAUSING NEGLIGENT AND INFLICTION OF EMOTIONAL DISTRESS. THIS DEFENDANT HAS CAUSED PERSONAL INJURY AND DAMAGED SAID PLAINTIFF IN A MANNER WHERE PLAINTIFF SHOULD HAVE BEEN PROTECTED BY DEFENDANT UNDER THE FEDERAL TORT CLAIM. DEFENDANT' DUTY OF CARE WAS NEGLIGENCE AND INTENTIONAL, LEAVING PLAINTIFF IN A POSITION TO LOSE LIBERTY AND HAVE HIS CONSTITUTIONAL RIGHTS, GUARANTEED THIS PLAINTIFF UNDER THE UNITED STATES' CONSTITUTION AND THE DELAWARE CONSTITUTION, VIOLATED.

DEFENDANT HAS REFUSED THIS PLAINTIFF NORMAL RIGHTS AS A PERSON, WHEREAS THE ~~IN~~APPROPRIATE CONDUCT OF THE DEFENDANT HAS VIOLATED PLAINTIFF' GUARANTEED RIGHTS TO DUE PROCESS AND THE SIXTH AMENDMENT. DEFENDANT' INCOMPETENT ACTION'S WERE PREJUDICIAL ACT'S TOWARDS PLAINTIFF IN A HARMFUL MANNER. THEREFORE, DEFENDANT IS LIABLE FOR HIS INTENTED ACTS THAT WERE NEVER FAVORABLE TO PLAINTIFF.

*Jonathan West*

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

WHEREAS, PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL GRANT HIM RELIEF CONCERNING THE WITHIN MATTER. PLAINTIFF PRAYS FOR COMPENSATION FOR GROSS NEGLIGENCE, MENTAL AND EMOTIONAL DISTRESS AND ALL OTHER CLAIMS AND CONSTITUTIONAL VIOLATIONS IN WHICH DEFENDANT HAS VIOLATED. PLAINTIFF PRAYS FOR DECLARATORY JUDGMENT IN THE AMOUNT OF ONE MILLION DOLLARS, PUNITIVE DAMAGES IN THE AMOUNT OF ONE MILLION DOLLARS AND SUMMARY JUDGMENT OF ONE MILLION DOLLARS, COMPENSATORY DAMAGES OF ONE MILLION DOLLARS SHOULD BE AWARDED PLAINTIFF FOR ALL PAIN AND SUFFERING IN WHICH DEFENDANT KNOWINGLY ENFLICTED. DEFENDANT SHOULD BE ORDERED TO PAY ALL ATTORNEY AND LEGAL FEES IN THIS MATTER.

Signed this 25 day of APRIL, 2005.

_Jonathan West_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

04-25-05         _Jonathan West_
Date                (Signature of Plaintiff)

