(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JONATHAN WEST
_Plaintiff_

v.

Thomas D. Donovan
_Defendant(s)_

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-285 (SLR)

I, Jonathan West, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without the prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration DELAWARE CORR. CENTER

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO
   _Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254._

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    NONE

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   TRUCK DRIVER / $11.00 HR.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   NONE

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $ ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   (WIFE/KIMBERLY WEST) FOUR KIDS WITH WIFE;

   I declare under penalty of perjury that the above information is true and correct.

   __4-22-05__                          __Jonathan West__
   DATE                                 SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
(*To be completed by the institution of incarceration*)

I certify that the applicant named herein has the sum of $ __140.75__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit:

__0__

I further certify that during the past six months the applicant's average monthly balance was $ __100.33__ and the average monthly deposits were $ __169.17__.

__5/10/05__                           __[signature]__
Date                                  SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)



I/M JONATHAN WEST
SBI# 226874  UNIT P/T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF U.S. DIS. COURT
FEDERAL BUILDING
Lock Box 18, 844 N. KING ST.
WILMINGTON, DELAWARE
19801

U.S.M.S.
X-RAY