

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6053
Support Services



## MEMORANDUM

05-285 (SLR)

To: I/M Jonathan West, SBI# 226874

From: Jenny Havel, Support Services Officer

Date: May 10, 2005

Re: 6 month Certified Inmate Account Statements

---

Please find attached your statements from November 1, 2204 to April 30, 2005. The average daily balance for this timeframe was $100.33.

Attachment    Inmate Account Statement
              Court Documents

Notarized By: *Brian D Engrem*

CC: File



CLERK OF U.S. DIS. COURT
FEDERAL BUILDING
LOCK Box 18, 844 N. KING ST.
WILMINGTON, DELAWARE
19801



I/M JONATHAN WEST
SBI# 226874  UNIT P/T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977