IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN WEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-285-SLR |
| THOMAS D. DONOVAN, | ) ) ) |
| Defendant. | ) |

FILED

JUL 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Jonathan West, SBI No. 226874, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $33.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _June 3_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _6/1/05_____, 2005.

_Jonathan West_
Jonathan West




I/M Jonathan WEST
SBI# 00226874  UNIT 22/B41
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware 19801-3570