To Whom it may concern:                                                4-20-06

My Name is Jonathan West and I am writing to you in reference to a filing fee that I owe to your court. I've paid money towards the filing fee from my inmate account, but is unsure of my balance. Will you please let me know my balance, so that I may be able to settle this matter. My case number is: 1.05-CV-285. Please respond as soon as possible, I anxiously await your reply.

                                                                Thank you
                                                                Jonathan West

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M Jonathan West
SBI# 226874 UNIT P-W-C18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 APR 2006 PM 2 L

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570