OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 27, 2006

TO:  Jonathan West
     SBI #00226874
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

   *RE:  Balance Inquiry; 05-285(SLR)*

Dear Mr. Dailey:

   This office received a letter from you requesting the status of your inmate account in case 05-285. As of 3/27/06 your account balance is $136.14. Enclosed please find a record of your account history.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/bad                              PETER T. DALLEO
                                  CLERK

cc:  The Honorable Sue L. Robinson
enc. Financial Record