OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 19, 2006

TO:   Delaware Correctional Center
      Business Office
      P.O. Box 500
      Smyrna, DE 19977

      RE:   Return of Check Intended for Inmate Filing Fees, Check
            No. 15754 dated 12/08/06.
            Civ. No. 05-285 SLR

Enclosed check #15754, in the amount of $25.09, is being returned by the Clerk's Office to the Prison Business Office without action. It appears that the check is written off of the account of inmate Jonathon West, SBI No. 00226874. Be advised that Mr. West's current balance is only $8.73. Please resubmit payment in the amount of $8.73, to Clerk of Court, U.S. District Court.

Feel free to contact me directly if you have any further questions or concerns, at 302-573-6170.

                                        Sincerely,

/rpg                                    PETER T. DALLEO
                                        CLERK


cc:   The Honorable Sue L. Robinson
      Financial Administrator

JONATHAN WEST v. THOMAS D. DONOVAN
CA 05-285-SLR
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 6/6/2005 | | | | 250 |
| 7/6/2005 | PL5100 | 139858 | 33.83 | 216.17 |
| 8/17/2005 | PL5100 | 140351 | 33.83 | 182.34 |
| 9/20/2005 | PL5100 | 140681 | 4 | 178.34 |
| 10/28/2005 | PL5100 | 141034 | 14 | 164.34 |
| 11/28/2005 | PL5100 | 141325 | 0.75 | 163.59 |
| 1/5/2006 | PL5100 | 141750 | 7.45 | 156.14 |
| 2/17/2006 | PL5100 | 142418 | 10 | 146.14 |
| 3/16/2006 | PL5100 | 142748 | 10 | 136.14 |
| 5/4/2006 | PL5100 | 143339 | 11.3 | 124.84 |
| 5/18/2006 | PL5100 | 143512 | 0.34 | 124.5 |
| 6/7/2006 | PL5100 | 143721 | 30 | 94.5 |
| 7/27/2006 | PL5100 | 144186 | 21.66 | 72.84 |
| 9/15/2006 | PL5100 | 144763 | 12.84 | 60 |
| 9/15/2006 | 0869PL | 144763 | 24.41 | 35.59 |
| 10/25/2006 | 0869PL | 145165 | 16.86 | 18.73 |
| 11/7/2006 | 0869PL | 145333 | 10 | 8.73 |

