OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 26, 2007

TO: Delaware Correctional Center
    ATTN: Business Office
    P.O. Box 500
    Smyrna, DE 19977

RE: Return of Check for Inmate Filing Fees,
    Check #16443 Jonathan West SBI #: 00226874

Enclosed check, #16443 is being returned by the Clerk's Office without action. It appears that the above referenced check is written off the account of an inmate by the name of Jonathan West. As stated in a previous letter dated 12-19-06, our records indicate that Mr. West's account balance is only $8.73. Please resubmit payment in the amount of $8.73, to Clerk of Court, U.S. District Court.

We are returning this check directly to the Business Office since your office issued it. Feel free to contact me directly if you have a question, at 302-573-6170.

Sincerely,

Ronald Golden
Deputy Clerk

cc: The Honorable Sue L. Robinson
    Financial Administrator
    Mr. Jonathon West
    Alpha file

PRISONER LITIGATION LEDGER

JONATHAN WEST v. THOMAS D. DONOVAN

CA 05-285-SLR

| DATE | FUND | CASE #1 RECEIPT | AMOUNT | BALANCE | DATE | FUND | CASE #2 RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 6/6/2005 | | | | 250 | | | | | |
| 7/6/2005 | PL5100 | 139858 | 33.83 | 216.17 | | | | | 0 |
| 8/17/2005 | PL5100 | 140351 | 33.83 | 182.34 | | | | | 0 |
| 9/20/2005 | PL5100 | 140681 | 4 | 178.34 | | | | | 0 |
| 10/28/2005 | PL5100 | 141034 | 14 | 164.34 | | | | | 0 |
| 11/28/2005 | PL5100 | 141325 | 0.75 | 163.59 | | | | | 0 |
| 1/5/2006 | PL5100 | 141750 | 7.45 | 156.14 | | | | | 0 |
| 2/17/2006 | PL5100 | 142418 | 10 | 146.14 | | | | | 0 |
| 3/16/2006 | PL5100 | 142748 | 10 | 136.14 | | | | | 0 |
| 5/4/2006 | PL5100 | 143339 | 11.3 | 124.84 | | | | | 0 |
| 5/18/2006 | PL5100 | 143512 | 0.34 | 124.5 | | | | | |
| 6/7/2006 | PL5100 | 143721 | 30 | 94.5 | | | | | |
| 7/27/2006 | PL5100 | 144186 | 21.66 | 72.84 | | | | | |
| 9/15/2006 | PL5100 | 144763 | 12.84 | 60 | | | | | |
| 9/15/2006 | 0869PL | 144763 | 24.41 | 35.59 | | | | | |
| 10/25/2006 | 0869PL | 145165 | 16.86 | 18.73 | | | | | |
| 11/7/2006 | 0869PL | 145333 | 10 | 8.73 | | | | | |
| | | | | 8.73 | | | | | |





OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 19, 2006

TO: Delaware Correctional Center
Business Office
P.O. Box 500
Smyrna, DE 19977

RE: Return of Check Intended for Inmate Filing Fees, Check
No. 15754 dated 12/08/06.
Civ. No. 05-285 SLR

Enclosed check #15754, in the amount of $25.09, is being returned by the Clerk's Office to the Prison Business Office without action. It appears that the check is written off of the account of inmate Jonathon West, SBI No. 00226874. Be advised that Mr. West's current balance is only $8.73. Please resubmit payment in the amount of $8.73, to Clerk of Court, U.S. District Court.

Feel free to contact me directly if you have any further questions or concerns, at 302-573-6170.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
Financial Administrator