1-23-07

Case Number
1:05-CV-285

To the clerk, i Jonathan J. West is writing you this letter because in July 27, 2006 the balance was $103.00 and in September 15, 2006 it was $70.50 what is the balance now because i would like to pay it off.

Thank You
Jonathan J. West

Hope to hear From You

JAN 25 2007

